# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

BRAD HAMMONDS

VERSUS

SMART DENTAL CARE
PRAIRIEVILLE, LLC, AND
JEREMY E. MOORE, D.D.S.

NO.  2023 CW 0033

**MARCH 27, 2023**

---

In Re:    Jeremy  E.  Moore,  D.D.S.  and  Smart  Dental  Care
          Prairieville,  LLC,  applying  for  supervisory  writs,
          23rd Judicial District Court,  Parish of Ascension, No.
          131597.

---

**BEFORE:    GUIDRY, C.J., WOLFE AND MILLER, JJ.**

   **WRIT DENIED.**

                              JMG
                              EW
                              SMM

COURT OF APPEAL, FIRST CIRCUIT

*a.s.ω*

---
DEPUTY CLERK OF COURT
    FOR THE COURT